Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff
Strike 3 Holdings, LLC*

**IT IS SO ORDERED**
/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers
10/29/2019

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 98.248.99.184, <br><br> Defendant. | Case Number: 4:19-cv-03847-YGR <br><br> Honorable Yvonne Gonzalez Rogers <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.248.99.184** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.248.99.184, are voluntarily dismissed with prejudice.

Dated: October 25, 2019

Respectfully submitted,
By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
LAW OFFICES OF LINCOLN BANDLOW, PC
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.